**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-mc-00014 |
| | : | |
| Petitioner, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| NICHE PRODUCTIONS, LLC, | : | |
| | : | |
| Respondent. | : | |

---

## ORDER FOR STATUS REPORT

---

The Government is **ORDERED** to file a Status Report by **July 30, 2026** describing

progress that has been made in the case and proposing next steps toward resolution.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge