**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>NICHE PRODUCTIONS, LLC,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:25-mc-00014<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

---

## ORDER

---

This matter is before the Court upon the Petition to Enforce Internal Revenue Service Summons ("Petition," Doc. No. 1) filed by the United States of America. On January 29, 2026, a duly noticed show cause hearing was held before The Honorable Caroline H. Gentry, United States District Court for the Southern District of Ohio, Walter H. Rice Federal Building, 200 West Second Street, Dayton, Ohio 45402, in Courtroom 3. Counsel for the United States of America appeared. Respondent did not appear at the hearing, or file a written response to the Petition.

Per the Court's Show Cause Order, "[i]f the Respondent has any defenses to present or motions to make in opposition to the Petition, Respondent shall make those in writing and file them with the Court (with copies served on the United States Attorney) **by no later than January 22, 2026**." (Show Cause Order, Doc. No. 3.) The Show Cause Order further states that "Respondent is **ADVISED** that only those issues raised by motion or brought into controversy by Respondent's responsive pleading shall be

considered by the Court, and any uncontested allegations in the Petition shall be deemed admitted." (*Id*. at PageID 15.) Because Respondent failed to file a written response by the January 22, 2026 deadline, at the January 29, 2026 hearing, the Court deemed the Petition's allegations admitted, and granted the Petition accordingly.

Therefore, consistent with the above, Respondent is **ORDERED** to fully comply with the IRS Summons **within thirty (30) days** of service of this Order. If Respondent fails to do so, then the United States may file the appropriate papers to initiate contempt proceedings, and the Court reserves the right to issue all appropriate sanctions (up to and including an arrest warrant if necessary). It is further **ORDERED** that an official of the Internal Revenue Service serve a copy of this Order on Respondent **within thirty (30) days** of the date of this Order. The United States shall certify on the docket that it has done so.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge