**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>NICHE PRODUCTIONS, LLC,<br><br>Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:25-mc-00014<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

**SECOND ORDER FOR STATUS REPORT**

The Government is **ORDERED** to file a Status Report by **September 30, 2026**.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge